UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Linda Sade' Dupree, | Case No. 23-cv-1676 (WMW/DLM) |
| Petitioner, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| Michael Segal, | |
| Respondent. | |

This matter is before the Court on the June 21, 2023 Report and Recommendation (R&R) of United States Magistrate Judge Douglas L. Micko. (Dkt. 5.) Because no objections have been filed, this Court reviews the R&R for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Having reviewed the R&R, the Court finds no clear error.

Based on the R&R and all the files, records and proceedings herein, **IT IS HEREBY ORDERED**:

1. The June 21, 2023 Report and Recommendation, (Dkt. 5), is **ADOPTED**.

2. Petitioner Linda Sade' Dupree's Petition for a Writ of Habeas Corpus, (Dkt. 1), is **DENIED**.

3. This matter is **DISMISSED with prejudice.**

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: July 26, 2023                s/Wilhelmina M. Wright
                                    Wilhelmina M. Wright
                                    United States District Judge